IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00073-MSK-PAC

BRIAN ANDERSON,

    Plaintiff,

v.

WARDEN GARY GOLDER,

    Defendant.

---

## ORDER REGARDING APPEAL

---

THIS MATTER comes before the Court on a document filed by the Plaintiff entitled "Reconsideration (Plaintiff Clarifying Documents)" **(#45)**, which the Court construes as an appeal from the Magistrate Judge's Order **(#44)**.  Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

On April 29, 2005, the Plaintiff filed a document **(#24)** entitled "Documents" in which he described and attached thirteen documents.  At a hearing held June 21, 2005, the Magistrate Judge construed this document as a motion and denied it as moot.

The Plaintiff contends that the Magistrate Judge's ruling *vis a vis* such filing was erroneous because it was not a motion.  He claims that he actually intended that the documents be considered as exhibits to his complaint under Fed. R. Civ. P. 10(c).

Therefore, to the extent that the Magistrate Judge erroneously treated the thirteen documents as a motion and denied such motion, such ruling has no practical effect. Many of the documents filed April 29 are attached to the tendered second amended complaint and are deemed incorporated therein under Rule 10(c). If the Plaintiff desires other documents to be exhibits to the second amended complaint, he should file a motion making such request.

**IT IS THEREFORE ORDERED** that the Plaintiff's appeal entitled "Reconsideration (Plaintiff Clarifying Documents)" **(#45)** is **DENIED,** as moot.

Dated this 29th day of June, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge