IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00073-MSK-PAC

BRIAN ANDERSON,

      Plaintiff(s),

v.

WARDEN GARY GOLDER,

      Defendant(s).

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that plaintiff's Motion for Court Order, for Extra Copies [filed January 21, 2005] is **denied.**

Dated:  June 30, 2005