IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00073-MSK-PAC

BRIAN ANDERSON,

    Plaintiff(s),

v.

WARDEN GARY GOLDER,

    Defendant(s).

## ORDER

Patricia A. Coan, United States Magistrate Judge

    This is a *pro se* prisoner civil rights action under 42 U.S.C. §1983. The matter before the court is Plaintiff's Motion Requesting Observation of Transcripts or Tape Recording and Requesting a Statement from the Magistrate [filed August 19, 2005].

    Plaintiff filed his original Complaint on January 14, 2005. Plaintiff filed an Amended Complaint on March 15, 2005. On June 8, 2005, the Clerk of the Court received a prisoner complaint from plaintiff, which the Clerk filed and docketed that date as an Amended Complaint. The June 8, 2005 Amended Complaint is identical to the March 15, 2005 Amended Complaint, except for the attached exhibits.

    Plaintiff told the court during a June 16, 2005 status conference that he did not intend to file a Second Amended Complaint, and that the complaint tendered to the court on June 8, 2005 should have been sent to the Committee on Conduct, along with a

grievance he filed against defense counsel.[1] Plaintiff's motion essentially seeks a court order confirming that the March 15, 2005 Amended Complaint is the operative pleading in this case. Accordingly, it is

**HEREBY ORDERED** that Plaintiff's Motion Requesting Observation of Transcripts or Tape Recording and Requesting a Statement from the Magistrate [filed August 19, 2005] is **GRANTED** as follows: The Amended Complaint filed June 8, 2005 is **STRICKEN** in its entirety based on plaintiff's representations that he mistakenly tendered that document to the court and that it should not have been filed. It is

**FURTHER ORDERED** that if plaintiff desires the documents attached to the June 8, 2005 Amended Complaint to be exhibits to his March 15, 2005 Amended Complaint, he shall file a motion making such request within fifteen (15) days of the date of this Order.

Dated September 6, 2005.

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge

---

[1] The documents have been forwarded to the Committee on Conduct. See June 25, 2005 Letter from P. Kathleen Lower, Committee on Conduct Chair, to Brian Anderson, attached to Plaintiff's Reply to the Defendant's Motion on the 2nd Amended Complaint, filed July 15, 2005.