IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00073-MSK-PAC

BRIAN ANDERSON,

    Plaintiff(s),

v.

WARDEN GARY GOLDER,

    Defendant(s).

---

ORDER

---

Patricia A. Coan, United States Magistrate Judge

    It is **HEREBY ORDERED** that Plaintiff's Motion for Sanctions [filed September 14, 2005] is **DENIED**.  Defendant filed a Response to Plaintiff's Tendered Second Amended Prisoner Complaint on June 30, 2005 because the court ordered him to do so on June 17, 2005.  The Second Amended Complaint was stricken on September 6, 2005 because the Clerk's office mistakenly filed it as a pleading in this action, when the document should have been directed to the Committee on Conduct.  Although there was some confusion about the status of the Second Amended Complaint, defense counsel is not subject to sanctions for complying with this court's order.  It is

    **FURTHER ORDERED** that plaintiff's Motion Requesting Correction of Statement [filed September 12, 2005] is **GRANTED** as follows: The court's September 6, 2005 Order, at p. 2, is amended to reflect that plaintiff did not mistakenly tender the stricken second amended complaint to the court for filing.  Instead, plaintiff sent the document to the Committee on Conduct and the Clerk's office mistakenly filed the document as an

amended complaint in this case.

Dated September 26, 2005.

s/ Patricia A. Coan  
PATRICIA A. COAN  
United States Magistrate Judge