IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00073-MSK-PAC

BRIAN ANDERSON,

    Plaintiff,

v.

WARDEN GARY GOLDER,

    Defendant.

_____

### ORDER TO SET FOR TRIAL
_____

**ORDERED** that Plaintiff and Defendant shall, contact Chambers at (303) 335-2289 on **December 7, 2005 at 10:30 a.m.** to set the above matter for a three (3) day trial to the court.

DATED this 16th day of November, 2005.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge