IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00073-MSK-PAC

BRIAN ANDERSON,

    Plaintiff,

v.

WARDEN GARY GOLDER,

    Defendant.

_____

**ORDER DENYING DEFENDANT GOLDER'S MOTION TO VACATE TRIAL SETTING SCHEDULED DECEMBER 7, 2005**
_____

This matter comes before the Court upon Defendant Golder's Motion to Vacate Trial Setting Scheduled December 7, 2005 **(#75)**, and the Court having reviewed Defendant's Motion and any Responses and/or Replies thereto, hereby DENIES Defendant's Motion. The Court is well aware of the procedural posture of this case. In order to ensure timely disposition by trial, if required, the trial shall be set as previously directed.

DATED this 18th day of November, 2005.

                                            **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                            Marcia S. Krieger
                                            United States District Judge