IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00073-MSK-PAC

BRIAN ANDERSON,

    Plaintiff(s),

v.

WARDEN GARY GOLDER,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's [Motion for] Reconsideration Regarding Rule 56(g) Violation [filed November 22, 2005] is **DENIED.**  Plaintiff has not set forth any grounds to support reconsideration of this court's September 26, 2005 and November 15, 2005 Orders denying plaintiff's Motion for Sanctions.  It is

    **IT IS FURTHER ORDERED** that plaintiff's Motion Requesting Postponement of all Judicial Proceedings (Judge Marcia Krieger) [filed November 23, 2005] is **DENIED. Plaintiff shall contact District Judge Krieger's chambers on December 7, 2005 at 10:30 a.m. for a trial setting, pursuant to the District Judge's November 16, 2005 Order to Set for Trial.**

Dated:  December 2, 2005