IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00073-MSK-PAC

BRIAN ANDERSON,

      Plaintiff(s),

v.

WARDEN GARY GOLDER,

      Defendant(s).
_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

      IT IS HEREBY **ORDERED** that plaintiff's Motion for Court Order to Prohibit the News Media or Allow In Camera Testimony [filed December 16, 2005] is **DENIED** without prejudice as premature.  Plaintiff may refile his motion closer to the November 2006 trial date.

Dated:  January 9, 2006