IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00073-MSK-PAC

BRIAN ANDERSON,

	Plaintiff,

v.

WARDEN GARY GOLDER,

	Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER comes before the Court on the Plaintiff's motion **(#100)** asking the Court to reconsider its ruling dismissing his claims, without prejudice. Having considered the motion, the response **(#101)**, and the reply **(#102)**, the Court

**FINDS** and **CONCLUDES** that:

On January 12, 2006, the Court dismissed the Plaintiff's claims, without prejudice, because he did not exhaust administrative remedies with regard to his equal protection claim. The Plaintiff now asks the Court to reconsider such dismissal and contends that the Court misunderstood the contents of his grievances. Because the Plaintiff is *pro se*, the Court liberally construes his motion.

The purpose of a motion to reconsider is not to reassert arguments that were previously raised or to raise new arguments which could have been raised in the first instance. *See Van Skiver v. United States,* 952 F.2d 1241, 1243 (10th Cir. 1991). "Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously

unavailable, and (3) the need to correct clear error or prevent manifest injustice." *Servants of the Paraclete v. Does,* 204 F.3d 1005, 1012 (10th Cir. 2000). The Plaintiff has not established grounds warranting reconsideration of the Court's dismissal order.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion **(#100)** seeking reconsideration is **DENIED**.

Dated this 14th day of March, 2006

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge