IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00073-MSK-KLM

BRIAN ANDERSON,

    Plaintiff,

v.

WARDEN GARY GOLDER,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the Defendant's motion **(#176)** to renew its previously denied motion to dismiss, as well as on a letter **(#175)** filed by the Plaintiff.

    On September 19, 2007, the Court issued an Order **(#173)** denying the Defendant's motion to dismiss. In that Order, the Court directed the Clerk of Court to attempt to find an attorney to represent the Plaintiff on a volunteer basis, and gave the Plaintiff 60 days to file an Amended Complaint. In that Order, the Court advised the Plaintiff that there was no guarantee that a lawyer would volunteer to represent him, and that the Plaintiff would remain responsible for complying with all deadlines until a lawyer volunteered. The Order specifically stated: "Unless and until a volunteer attorney is secured, Mr. Anderson remains personally obligated to comply with all procedures and deadlines established in this case."

    The Plaintiff apparently did not understand his obligation. He filed no Amended Complaint by the deadline of November 19, 2007, and on January 23, 2008, he filed a letter asking the Court to advise him of the name of his attorney. Six days later, the Defendants moved

(**#176**) to renew their motion to dismiss filed in 2005, or alternatively, requested dismissal based upon the Plaintiff's failure to prosecute his claims.

**The Plaintiff is advised that no attorney has volunteered to represent him. Therefore, the Plaintiff is personally obligated to comply with all Court-ordered deadlines. The Court may deem any failure to comply with such deadlines as a failure to prosecute this action. Any such failure may result in the dismissal of the Plaintiff's claims, without further notice, in accordance with Fed. R. Civ. P. 41(b) and D.C.COLO.LCivR 41.1.**

**IT IS ORDERED** that:

(1) The Plaintiff shall filed his Amended Complaint **no later than March 31, 2008.** Failure to file an Amended Complaint by this deadline may result in the dismissal of the Plaintiff's claims and closure of this case, without further notice.

(2) The Defendant's motion (**#176**) to renew the motion to dismiss is denied.

Dated this 30th day of January, 2008

                                                        **BY THE COURT:**

                                                        Marcia S. Krieger
                                                        United States District Judge