IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00073-MSK-KLM

BRIAN ANDERSON,

     Plaintiff(s),

v.

WARDEN GARY GOLDER,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter is before the Court on Plaintiff's Motion to Strike and Motion for Alternative Dispute Resolution [Docket No. 179; Filed February 6, 2008] (the "Motion").

     IT IS HEREBY **ORDERED** the Motion is **DENIED**.  To the extent that Plaintiff asks the Court to strike Motion No. 176 filed by Defendant, the Motion is **denied as moot**.  On January 30, 2008, the District Court ruled on Motion No. 176 [Docket No. 177].  To the extent that the Motion can be interpreted to ask the Court to hold a settlement conference, the Motion is **denied**.

     Further, Plaintiff is directed to D.C. Colo. L. Civ. R. 7.1C, which states that a "motion shall not be included in a response or reply to the original motion.  A motion shall be made in a separate paper."  Given that the pending Motion is incorporated in Plaintiff's response to a motion filed by Defendant, the Motion is subject to summary denial on that ground alone.

Dated:  February 12, 2008