IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00073-MSK-KLM

BRIAN ANDERSON,

    Plaintiff,

v.

WARDEN GARY GOLDER,

    Defendant.

---

**ORDER GRANTING MOTION FOR EXTENSION OF TIME, AND
GRANTING MOTION TO WITHDRAW RENEWED MOTION**

---

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for Extension of Time to File Second Amended Complaint **(#188)**, and upon the Defendant's Motion to Withdraw Defendant's Renewed Motion to Dismiss, or in the Alternative, Motion to Dismiss for Plaintiff's Failure to Prosecute Pursuant to D.C.Colo.LCivR 41.1 **(#189)**. Having considered the same,

**IT IS HEREBY ORDERED** that the Motions **(#188, #189)** are **GRANTED.** Plaintiff has to and through **June 16, 2008** in which to file his Second Amended Complaint. The renewed motion to dismiss **(#183)** is deemed withdrawn.

Dated this 2nd day of June, 2008

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge