IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00073-MSK-KLM

BRIAN ANDERSON,

    Plaintiffs,

v.

KEVIN MILYARD, in his official capacity as Warden of the Sterling Correctional Facility, Colorado Department of Corrections, and
ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections,

    Defendants.

---

## MINUTE ORDER
---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to Amend Caption and Add Additional Party Defendant to Second Amended Complaint [Docket No. 191; Filed June 16, 2008] (the "Motion"). Plaintiff seeks to substitute Kevin Milyard for Defendant Gary Golder in the caption, and to add a new party, Aristedes W. Zavaras. Although leave to substitute a party in his official capacity is not required by Fed. R. Civ. P. 25(d),

    IT IS HEREBY **ORDERED** the Motion is **GRANTED**. The Court accepts the Second Amended Complaint [Docket No. 192] for filing as of the date of this Minute Order. The parties are directed use the caption set forth above for all future pleadings.

    IT IS FURTHER **ORDERED** that Plaintiff shall effect service of the Summons and Second Amended Complaint on Defendant Zavaras on or before **July 7, 2008**.

Dated: June 17, 2008