IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00073-PAB-KLM

BRIAN ANDERSON,

    Plaintiffs,

v.

KEVIN MILYARD, in his official capacity as Warden of the Sterling Correctional Facility, Colorado Department of Corrections,
ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections, and
GARY GOLDER, in his individual capacity,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Modify Case Management Deadlines** [Docket No. 223; Filed May 19, 2009] (the "Motion").  The parties request a multi-month extension of case deadlines pending the District Judge's resolution of the outstanding dispositive motions [Docket Nos. 219 & 222].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court *sua sponte* finds good cause to extend case deadlines beyond the dates proposed by the parties.  Therefore, the discovery deadline is extended to **January 22, 2010**.

    IT IS FURTHER **ORDERED** that the Settlement Conference set for May 27, 2009 at 1:30 p.m. is **vacated** and **RESET** to **February 23, 2010 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Counsel shall have parties present who shall have full authority to negotiate **all** terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in  the case without consulting with some other person, committee, or agency.

No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

**The parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements, a copy of which is attached to Docket No. 203.**

Parties shall submit their Confidential Settlement Statement on or before **February 16, 2010**. Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order". Parties not participating in ECF shall submit all materials as hard copies.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for September 21, 2009 at 9:30 a.m. is **vacated** and **RESET** to **March 24, 2010 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than March 17, 2010**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.

**Given the length of time this case has been pending, no further extensions of time will be permitted.**

Dated: May 20, 2009