IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00073-PAB-KLM

BRIAN ANDERSON,

    Plaintiffs,

v.

KEVIN MILYARD, in his official capacity as Warden of the Sterling Correctional Facility, Colorado Department of Corrections,
ARISTEDES W. ZAVARAS, in his official capacity as Executive Director of the Colorado Department of Corrections, and
GARY GOLDER, in his individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Allow Plaintiff Inmate to Appear by Telephone at Settlement Conference** [Docket No. 232; Filed February 4, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff may appear by telephone at the Settlement Conference.  Plaintiff shall be available to receive a telephone call from Plaintiff's counsel, who will appear at the Settlement Conference in person.

Dated:  February 5, 2010