IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 05-cv-00073-PAB-KLM

BRIAN ANDERSON,

    Plaintiff,

v.

KEVIN MILYARD, in his official capacity as
Warden of the Sterling Correctional Facility, Colorado Department of Corrections,
ARISTEDES W. ZAVARAS, in his official capacity as
Executive Director of the Colorado Department of Corrections, and
GARY GOLDER, in his individual capacity,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 237]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 237] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 19, 2010.

                            BY THE COURT:

                            s/Philip A. Brimmer
                            PHILIP A. BRIMMER
                            United States District Judge